FILED

2019 AUG 28 PM 2: 57

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19 CR 522 |
| ) | Title 21, United States Code, |
| BRIAN R. COLEMAN, ) | Sections 841(a)(1) and (b)(1)(C) |
| ) | |
| Defendant. ) | JUDGE PEARSON |

COUNT 1
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about January 19, 2019, in the Northern District of Ohio, Eastern Division, Defendant BRIAN R. COLEMAN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, to wit: approximately 419 oxycodone hydrochloride 20-milligram pills and approximately 225 oxycodone hydrochloride 30-milligram pills, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

1. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BRIAN R. COLEMAN shall forfeit to the United States any and

all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.